IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-240-GCM**

| | |
|---|---|
| LYNN M. VINCENT, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| LUCENT TECHNOLOGIES, INC., and LUCENT RETIREMENT INCOME PLAN, | ) |
| Defendants. | ) |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 11] on October 15, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, November 7, 2007, at 10:45 a.m.**

IT IS SO ORDERED.

Signed: October 15, 2007

Graham C. Mullen
United States District Judge