IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-240-GCM**

| | |
|---|---|
| LYNN M. VINCENT,<br>　　　　Plaintiff,<br>v.<br>LUCENT TECHNOLOGIES, INC.<br>and LUCENT RETIREMENT<br>INCOME PLAN,<br>　　　　Defendants. | )<br>)<br>)<br>) **ORDER GRANTING**<br>) **ADMISSION PRO HAC VICE**<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court upon the motion of Defendants Lucent Technologies, Inc., and Lucent Retirement Income Plan to allow **John Houston Pope** to appear *Pro Hac Vice*, dated October 23, 2007 [doc #13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Pope has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　Signed: October 24, 2007

　　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　　United States District Judge