IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-240-GCM

| | |
|---|---|
| LYNN M. VINCENT, | |
| Plaintiff, | **PRE-TRIAL DISCOVERY ORDER** |
| vs. | |
| LUCENT TECHNOLOGIES, INC., and LUCENT RETIREMENT INCOME PLAN, | |
| Defendants. | |

The parties have apparently reached an impasse on whether discovery will be permitted. The Court, however, will permit limited discovery as follows:

Each party may propound no more than **25** single part interrogatories; each party may submit no more than **25** requests for admissions to any other party; each party may depose no more than **5** fact witnesses without prior approval of the Court. The information required by Federal Rule of Civil Procedure 26(a)(1) shall be exchanged no later than **April 10, 2008.**

Provided, however, discovery shall be limited to (a) determining the appropriate scope of administrative record; (b) whether defendants have improperly withheld relevant documents requested by the plaintiff; and (c) the degree to which any conflict of interest might have affected the defendants actions.

Discovery shall be completed by **June 30, 2008,** or if discovery is completed earlier, the parties shall advise the Court thereof, in order that the Court may establish further deadlines for dispositive motions and/or trial date, if necessary.

So ordered.

Signed: March 26, 2008

Graham C. Mullen
United States District Judge