IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. NO. 3:07-CV-240

| | |
|---|---|
| LYNN M. VINCENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LUCENT TECHNOLOGIES, INC., and ) | |
| LUCENT RETIREMENT ) | |
| INCOME PLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon Plaintiff Vincent's Motion to Compel Discovery. A motion hearing was held this day, September 15, 2008 before the undersigned. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**. The parties are hereby directed to comply with the rulings issued in open court. Transcripts have been prepared to assist the parties in that regard. Also, the court notes that this case may require a trial.

Signed: September 15, 2008

Graham C. Mullen
United States District Judge