UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-240-GCM

| | | |
|---|---|---|
| LYNN M. VINCENT, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | **ORDER** |
| | ) | |
| LUCENT TECHNOLOGIES, INC. | ) | |
| and LUCENT RETIREMENT | ) | |
| INCOME PLAN, | ) | |
|         Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to file a status report by letter within 14 days of the date of this Order.

SO ORDERED.

Signed: August 27, 2009

Graham C. Mullen
United States District Judge