IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV240

| | |
|---|---|
| LYNN M. VINCENT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LUCENT TECHNOLOGIES, INC. AND ) | |
| LUCENT RETIREMENT INCOME PLAN, ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on a letter submitted by the parties to enter a Scheduling Order. By November 16, 2009 the parties must file their dispositive motions with supporting materials. Responses to the motions are due by December 4, 2009. Any reply is due by December 18, 2009.

IT IS THEREFORE ORDERED that the parties must file their motions, responses, and replies as outlined above.

Signed: September 24, 2009

Graham C. Mullen
United States District Judge