|                                                        |     |
|--------------------------------------------------------|-----|
|                                                        | )   |
| LYNN M. VINCENT,                                       | )   |
|                                                        | )   |
|     Plaintiff,                     | )   |
|                                                        | )   |
|     vs.                            | )   |
|                                                        | )   |
| LUCENT TECHNOLOGIES, INC.,                             | )   |
| and LUCENT RETIREMENT                                  | )   |
| INCOME PLAN,                                           | )   |
|                                                        | )   |
|     Defendants.                    | )   |
|                                                        | )   |

THIS MATTER is before the Court on its own motion. The Court requires that the parties brief the issue of what "temporary layoff" means in the context of Plan §§ 4.1A(a)(ii)(1) and 6.6, and whether § 6.6 applies in this matter. Plaintiff is ordered to submit the first brief, due 20 days from entry of this order. Defendants must respond within 14 days, and Plaintiff has 7 days to reply.

SO ORDERED

Signed: April 29, 2010

Graham C. Mullen
United States District Judge