# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lynn M. Vincent ,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                            3:07cv240

Lucent Technologies, Inc. , et al

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2010 Order.

                                            Signed: December 20, 2010

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

December 20, 2010

                                        BY: _____
                                               Tammy M. Gryder, Deputy Clerk